IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHALMUS WRIGHT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:04cv425-MHT |
| ) | (WO) |
| GRANT CULLIVER, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 25, 2006 (Doc. # 35), that the petition for habeas corpus relief, filed by the petitioner on April 30, 2004, be denied and dismissed with prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this 16th day of June, 2006.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE