IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHALMUS WRIGHT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:04cv425-MHT |
| | )                             (WO) |
| GRANT CULLIVER, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on April 25, 2006 (Doc. # 35), be and is hereby ADOPTED.

(2) The petition for habeas corpus relief, filed by the petitioner on April 30, 2004, be and is hereby DENIED.

(3) This case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 16th day of June, 2006.

　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson　　　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE